FILED

2011 NOV 17 AM 11: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11- 01106 |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. 1709: Theft of Mail Matter By Postal Service Employee] |
| MICHELLE WOODARD, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1709]

Beginning in or about December 2010 and continuing until on or about April 30, 2011, in Los Angeles County, within the Central District of California, defendant MICHELLE WOODARD, a United States Postal Service officer and employee, embezzled mail, including two American Express credit cards and a Target

///
///
///

gift card, which had come into her possession intended to be conveyed by the United States mail.

ANDRÉ BIROTTE JR.
United States Attorney

/s/ R. E. Dugdale

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CURTIS A. KIN
Assistant United States Attorney
Chief, General Crimes

DEBRA HERZOG
Special Assistant United States Attorney